**Donnie WISHOM, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 64378.**

Missouri Court of Appeals, Eastern District, Division One.

June 7, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 11, 1994.

---

Deborah B. Wafer, Sp. Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion seeking credit for jail time served. We affirm. The findings and conclusions of the motion court are not clearly erroneous; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).